United States District Court for the Southern District of Iowa

Presiding: Honorable Ross A. Walters, U.S. Magistrate Judge
Criminal No. 1:22-cr-00030-RGE-SHL  :  Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs. Samantha Mae Neemann

Gov. Atty(s): Shelly M. Sudmann : ✔ Indictment   Superseding Indictment   Information
Def. Atty(s): Sean M. Conway : Complaint   Warrant   Summons
Appearance: ✔ In Person ✔ Video Conference : Code Violation/Offense:
  ✔ All Parties Consent to Video Proceeding : 21:841(a)(1); 841(b)(1)(B); 846. Conspiracy to Distribute a
Court Reporter: FTR gold : Controlled Substance (Fentanyl) (1)
Interpreter: NA :
  Interpreter Sworn

Date: 6/27/2022
Initial Appearance Start Time: 1:08 pm   Arraignment Start Time: 1:13 pm   End Time: 1:21 pm

## Initial Appearance

✔ Defendant Advised of Rights:       ✔ Rule 5 Admonition Given
  Advised of Consular Notification Rights       Requesting Consular Notification   Yes   No
  Representation:   Appointed FPD  ✔ Appointed CJA   Retained Counsel
  Next Court Event:   Preliminary   Arraignment   Removal Hearing
    Set for:

## Arraignment

Trial Scheduled for: 8/8/2022 : ✔ Advised of Charges/Maximum Penalties
Rule 16 Material due: 7/7/2022 :   Indicted in True Name
Reciprocal Discovery due: 7/18/2022 :     True Name: Samantha Mae Neemann
Pretrial Motions due: 7/18/2022 : ✔ Reading of Indictment Waived
Plea Notification Deadline: :   Plea of Not Guilty Accepted as to Ct(s): 1
Plea Entry Deadline: 7/22/2022 :   Denied Forfeiture
Status/Scheduling Conference (Counsel Only): ✔ Defendant advised that failure to enter a plea by deadline
7/18/2022 at 9:20 am     may negatively impact consideration and finding regarding
:   reduction in offense level based upon Acceptance of
Counsel shall call 1-877-336-1829, access code 1176783 (HCA)   Responsibility pursuant to USSG.

## Custody Status

✔ Government Moved for Detention       Defendant Waived Detention Hearing
  Defendant Waived Preliminary Examination   Court Ordered Defendant:   Released on bond ✔ Detained
Detention Hearing Set: 6/30/2022 at 11:00 am   Revocation Hearing Set:
  Before: Helen C. Adams   Before:       Room:
  Room: 100   Video Conference   Courthouse:

Government moves to amend the Indictment to correct Defendant's last name from Neeman to Neemann; no objections. Court grants the motion to Amend the Indictment to correct Defendant's last name. The Court finds that today's hearing was conducted by reliable electronic means.

/s/V. Rule
Deputy Clerk